UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASILLAS MALANCHE,<br><br>Petitioner,<br><br>v.<br><br>S. FRAUENHEIM, Warden,<br><br>Respondent. | No. 1:16-cv-00633-AWI-SKO HC<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**<br><br>**(Doc. 25)** |

On March 17, 2016, Petitioner, a state prisoner proceeding *pro se*, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254, seeking relief from his conviction and sentence. On October 11, 2016, the Magistrate Judge filed findings and recommendations recommending that the Court grant a motion to dismiss and dismiss the petition as untimely. The findings and recommendations were adopted on December 2, 2016, and the petition was dismissed.

On October 27, 2017, Petitioner filed a motion for reconsideration.

"A party seeking reconsideration must show more than a disagreement with the Court's decision, and recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden." Arteaga v. Asset Acceptance, LLC, 733 F.Supp.2d 1218, 1236 (E.D. Cal. 2010); United States v. Westlands Water Dist., 134 F.Supp.2d 1111, 1131 (E.D. Cal. 2001). Reconsideration should not be used merely to ask the court to rethink what it has already thought. Arteaga, 733 F.Supp.2d at 1236.

1

Here, Petitioner's motion for reconsideration is a copy of his opposition to the motion to dismiss.  Cf. Doc. No. 17 with Doc. No. 25.  Those arguments were considered and rejected as part of the Findings and Recommendation process.  Therefore, Petitioner provides no valid basis for reconsideration.  See Arteaga, 733 F.Supp.2d at 1236.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration (Doc. No. 25) is DENIED.

IT IS SO ORDERED.

Dated:  June 22, 2018                           _____
                                                SENIOR DISTRICT JUDGE